RUTH S. KIDDER et al., Appellants, *v.* JOHN L. CHILDS et al., Respondents.

*Kidder* v. *Childs*, 130 App. Div. 259, reversed.
(Submitted June 7, 1911; decided June 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered March 10, 1909, in favor of defendants, upon the submission of a controversy under section 1279 of the Code of Civil Procedure, as to the proper construction of an agreement for the sale of land.

*Charles Stewart Butler* for appellants.

*George M. Mackellar* for respondents.

Judgment reversed and judgment ordered for plaintiffs on the submitted controversy, without costs to any party, on dissenting opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.